

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00111-CR

| | | |
|---|---|---|
| JOEY ABRAHAM MOOSO, Appellant | § | On Appeal from Criminal District Court No. 2 |
| | § | of Tarrant County (1507506D) |
| V. | § | October 24, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | (nfp) | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ____/s/ Bonnie Sudderth_____
       Chief Justice Bonnie Sudderth